IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Wells Fargo Bank, N.A.                :
                                      :
        v.                            :   No. 1754 C.D. 2017
                                      :
Dwain Sheffler                        :
and Carol Sheffler                    :
                                      :
Appeal of: Bernadette Dabler          :

## **O R D E R**

NOW, April 18, 2019, having considered appellee Barkdoll Martin Homes, LLC's application for reconsideration/reargument and appellant's answer in response thereto, the application is denied.

<br>

MARY HANNAH LEAVITT,
President Judge